UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA K. RETTZO,<br>   Plaintiff | ) <br> ) <br> ) | CIVIL ACTION NO. 1:19-CV-880 |
| v. | ) <br> ) | |
| ANDREW SAUL,<br>   Defendant | ) <br> ) <br> ) | (ARBUCKLE, M.J.) |

## ORDER

In accordance with the accompanying Memorandum, it is hereby ORDERED that:

(1) The final decision of the Commissioner is AFFIRMED.

(2) Final judgment is entered in favor of Andrew Saul, Commissioner of the Social Security Administration.

(3) The Clerk of Court is DIRECTED to CLOSE this case.

Date: October 13, 2020       BY THE COURT

                *s/William I. Arbuckle*
                William I. Arbuckle
                U.S. Magistrate Judge